# In the United States Court of Federal Claims

No. 17-673C, No. 17-674C, and No. 17-676C
**CONSOLIDATED**
(Filed: January 2, 2019)

|  |  |
|---|---|
| CONNECTICUT YANKEE ATOMIC POWER CO., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

# O R D E R

The court is in receipt of defendant's motion (ECF No. 59), filed December 28, 2018, to stay the above-captioned cases until appropriations for the Department of Justice are restored and the plaintiffs' opposition (ECF No. 60), filed December 28, 2018, to defendant's motion to stay. The defendant's motion is **GRANTED** and the above-captioned cases are hereby **STAYED**. Defendant shall file an appropriate motion to lift the stay once funding has been restored with a proposed schedule for proceedings and deadlines that were impacted by the stay.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge